■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID HURT, Appellant. [704 NYS2d 460] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered October 29, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4\frac{1}{2}$ to 9 years, unanimously affirmed.

The verdict was not against the weight of the evidence. We seen no reason to disturb the jury's determinations concerning credibility. Concur—Sullivan, P. J., Nardelli, Wallach, Lerner and Buckley, JJ.